FORM L55 Discharge of Debtor  (v.1.0)　　　　　　　　　　　　　　10-10557 − A − 7



**UNITED STATES BANKRUPTCY COURT**
Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721−1318

(559) 499−5800
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM

**FILED**

**4/29/10**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

rpaf

# DISCHARGE OF DEBTOR

Case Number:　10−10557 − A − 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Nancy Sarah Youdelman
xxx−xx−4178

636 Oxford Ave
Clovis, CA 93612

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**

Nancy Youdelman Art Works

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Dated:
4/29/10

For the Court,
Richard G. Heltzel , Clerk

FORM L55
(Continued)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person (or persons) named as the debtor (or debtors). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. In a case involving community property, there are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.

### Debts that are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

   a. Debts for most taxes;
   b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
   c. Debts that are domestic support obligations;
   d. Debts for most student loans;
   e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
   f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
   g. Some debts which were not properly listed by the debtor;
   h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
   i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
   j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0972-1          User: rpaf                    Page 1 of 1                  Date Rcvd: Apr 29, 2010
Case: 10-10557                Form ID: L55                  Total Noticed: 13

The following entities were noticed by first class mail on May 01, 2010.
db           +Nancy Sarah Youdelman,    636 Oxford Ave,    Clovis, CA 93612-1833
aty          +Karney M. Mekhitarian,    5588 N Palm #D-1,    Fresno, CA 93704-1913
tr           +James Edward Salven,    PO Box 25970,    Fresno, CA 93729-5970
17103407     +Bank Of America,    Po Box 17054,    Wilmington DE 19850-7054
17103408     +Citi,   Po Box 6241,    Sioux Falls SD 57117-6241
17103409     +Educational Emp Cu,    Po Box 5242,    Fresno CA 93755-5242
17103410     +Educempcu-Visa,    2222 W Shaw,    Fresno CA 93711-3419
17103412      Macysdsnb,    911 Duke Blvd,    Mason OH 45040
17103413     +Southernwestern Pacific Specialty,    Finance Inc dba Check n Go,    1865 Herndon Avenue Suite C,
               Clovis CA 93611-6163
The following entities were noticed by electronic transmission on Apr 29, 2010.
tr           +EDI: FJSALVEN.COM Apr 29 2010 20:23:00      James Edward Salven,    PO Box 25970,
               Fresno, CA 93729-5970
smg           EDI: CALTAX.COM Apr 29 2010 20:23:00      Franchise Tax Board,    PO Box 2952,
               Sacramento, CA  95812-2952
cr            EDI: RMSC.COM Apr 29 2010 20:23:00      GE Money Bank,    c/o Recovery Management Systems Corp.,
               Attn: Ramesh Singh,    25 SE 2nd Ave #1120,    Miami, FL  33131-1605
17103407     +EDI: BANKAMER2.COM Apr 29 2010 20:23:00      Bank Of America,    Po Box 17054,
               Wilmington DE 19850-7054
17103408     +EDI: CITICORP.COM Apr 29 2010 20:23:00      Citi,   Po Box 6241,    Sioux Falls SD 57117-6241
17103411      EDI: RMSC.COM Apr 29 2010 20:23:00      Ge Money Bank-Lowes,    Po Box 103065,    Roswell GA 30076
17103414     +EDI: WFFC.COM Apr 29 2010 20:23:00      Wells Fargo Ed Fin Svc,    301 E 58th St N,
               Sioux Falls SD 57104-0422
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 01, 2010                    Signature:    _Joseph Speetjens_